IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASSTERN DIVISION.

RECEIVED

2021 JUN 15 A 9:54

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Umar Clark

Plaintiff,

3:21-cv-187

Civil Action No. 3:20- cv- 825- ECM

CAPITAL ONE AUTO FINANCE,

Defendant

### Motion To Seal.

Honorable Judge Emily C Marks,

Ref:

Civil Action No. 3:20- cv- 825- ECM- Clark V CAPITAL ONE AUTO FINANCE.
Civil Action No. 3:21-cv-00187- Clark V Carvana et al
Civil Action No. 3:21-cv-00163- Clark V Verizon
Civil Action No. 3:20-cv-01065- Clark V Discover

Your honor even though these cases have been dismissed I am humbly requesting that my

complaints for these cases be sealed. I fear for my safety and the privacy of my family. People

have been logging into Pacer, pulling up my complaints and finding my location information. I

have been called, text and even sent mail from individuals who told me they got my

information from my complaints. Your honor please for my the safety of me and my family please seal these complaints from the public. This has caused me severe anxiety and emotional distress.

Best Regards,

Umar Clark

umar clark
200 redland rd
shorter, AL 36075

0004658164000011
Middle District Of Al
One church street
montgomery, AL 36104

RECEIVED
2021 JUN 15 A 9:54
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

USPS CERTIFIED MAIL

9214 8901 4298 0459 0671 29



## See Important Information Enclosed