IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UMAR CLARK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACT. NO. 3:21-cv-187-ECM |
| ) | (WO) |
| CARVANA and BRIDGECREST, ) | |
| ) | |
| Defendants. ) | |

**OPINION and ORDER**

On May 27, 2021, the Magistrate Judge entered a Recommendation (doc. 8) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and this case is DISMISSED without prejudice for the Plaintiff's failure to file an amended complaint as ordered by this Court.

A separate Final Judgment will be entered.

Done this 25th day of August, 2021.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE